Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Oregon

Portland Division

|  |  |
|---|---|
| ANTHONY MICHAEL DELAROSA<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>JAMIE MILLER, SUPERINTENDENT, SRCI; et al.<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No.  2:23-cv-01708-MK<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Michael DelaRosa
All other names by which you have been known:
ID Number: 16396753
Current Institution: Snake River Correctional Institution
Address: 777 Stanton Blvd
Ontario, OR 97914
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jamie Miller
Job or Title (if known): Snake River Correctional Institution Superintendent
Shield Number:
Employer: Oregon Department of Corrections
Address: 777 Stanton Blvd
Ontario, OR 97914
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: T. Campbell
Job or Title (if known): Assistant Superintendent designee
Shield Number:
Employer: Oregon Department of Correctional
Address: 777 Stanton Blvd
Ontario, OR 97914
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Page 2 of 11

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Ms. Mara
Job or Title (if known): Special Housing Law Library Coordinator - SRCI
Shield Number:
Employer: Oregon Department of Corrections
Address: 777 Stanton Blvd
Ontario, OR 97914

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Amy Wray
Job or Title (if known): ODOC Legal Manager
Shield Number:
Employer: Oregon Department of Corrections
Address: 3723 Fairview Industrial Dr. SE
Salem, OR 97307

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff is bringing suit under Section 1983 due to multiple Oregon Department of Corrections officials depriving him of Constitutional rights under the Eighth and Fourteenth Amendments, and the First Amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant in both their official capacities and individuals, acted under color of state law as codified in the Oregon Administrative Rules, which are codified by the Oregon Revised States, which are codified by the Oregon Constitution and so forth.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Events giving rise to this claim arose while Plaintiff is at the Snake River Correctional Institution beginning from his arrival until now and counting, while housed in the IMU Special Housing.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On May 25th, 2023, the events giving rise to Plaintiff's claims occured.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Beginning from the above date, Plaintiff arrived to INU placement at SRCI. From that point forward Plaintiff was sadistically harassed by multiple employees\officials and overtly hindered from pursuing his priority legal endeavors including the administrative grievance procedure, the tort claim process, the state appeal process, and a federal judicial complaint. Plaintiff attempted to resolve these issues by sending AIC communication forms to the Superintendent's Office, however they continually disregarded the issues presented. Plaintiff not only has been subject to being hindered from due process of law, but also has been cruelly, sadistically, and unusually punished by passive aggressive harassment and torture after staff retaliate.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff has suffered deprivations of civil liberties by unlawfully being placed and kept in a BHU\IMU setting for over 21 months when the maximum is 150 days. Plaintiff has also suffered physical injuries such as a sprained wrist\thumb, a fractured pinky, lack of medical attention, and denied proper medication for both mental health and physiological ailments despite documented information.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff herefore prays the Court to grant compensatory, declarative, and injunctive Relief; Compensatory damages should be in the amount $300,000,000.00 for actual damages, presumed damages, and punitive damages. Plaintiff prays the Court for declarative and injunctive Relief as soon as possible because he is in danger of retaliation, and lack of adequate medical treatment if or when harmed.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Snake River Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Denial of Due Process

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   The grievance was filed at the Snake River Correctional Institution.

2. What did you claim in your grievance? In one grievance dated June 2nd, 2023, there was a policy\procedure property issue, and in the other grievance dated June 4th, 2023, there was a legal paperwork emergency issue.

3. What was the result, if any? Both of the grievances were held until June 14th, 2023, accepted and denied on July 23, 2023, and sent to Plaintiff a week later from the SRCI Grievance Coordinator overtly stating that they were denied because of the rule. Both grievances were erroneously denied unreasonably and absolutely contrary the Oregon Administrative Code.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   Plaintiff attempted kyte both the grievance coordinator and the Superintendent Office however both parties continued to erroneously and unlawfully deny Plaintiff the ability to exhaust. Plaintiff attempted file a Notice of Tort however was denied indigent copies and indigent mailing services; Staff are openly hindering Plaintiff's ability to pursue.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Plaintiff is at this time unable to receive his legal case files from his property and cannot obtain indigent service copies from the culpable officials denying him indigent legal services.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Anthony Michael DelaRosa
   Defendant(s)  Officer Rachel Skjelstad; et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court – Oregon

3. Docket or index number
   3:23-CV-01287-MK

4. Name of Judge assigned to your case
   pending assignment

5. Approximate date of filing lawsuit
   September 2023

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Pending; Plaintiff is currently awaiting appointment of counsel.

Page 10 of 11

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 16th, 2023

Signature of Plaintiff: AMD
Printed Name of Plaintiff: Anthony Michael DelaRosa
Prison Identification #: 16396753
Prison Address: SRCI, 777 Stanton Blvd
Ontario, OR 97914

### B.  For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         _____
         City        State    Zip Code
Telephone Number: _____
E-mail Address: _____

## CERTIFICATE OF SERVICE

CASE NAME: Anthony Michael DelaRosa  v.  Jamie Miller, SRCI Superintendent; et al.

CASE NUMBER: (if known)

COMES NOW, Anthony Michael DelaRosa, and certifies the following: That I am incarcerated by the Oregon Department of Corrections at the Snake River Correctional Institution.

That on the 16th day of November, 2023, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

A USDC Request for Electronic Filing Form, a 42 USC § 1983 Prisoner Civil Rights Complaint, a Motion To Proceed Informa Pauperis with 6 Month Print-out of Trust Account Statement and Certificate, and a 18 USC § 3006 A(2)(B) Motion For Appointment Of Counsel.

I placed the above documents attached to a Special Housing Law Library Request Form to the Law Library Coordinator to be E-filed to the United States District Court, District of Oregon, Clerk of the Court, 1000 S.W. Third Avenue, Suite 740, Portland, Oregon, 97204-2902.

_____
(Signature)

Print Name: Anthony Michael DelaRosa
S.I.D. No.: 16396753
SRCI
777 Stanton Blvd
Ontario, Oregon 97914

Page 1 of 1 – Certificate of Service