UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANTHONY MICHAEL DELAROSA,     Case No. 2:23-cv-01708-MK

        Plaintiff,

   v.

JAMIE MILLER, Superintendent SRCI;
T. CAMPBELL, Asst. Superintendent
Designee; MS. MARA, Special Housing
Law Library Coordinator; AMY WRAY,
ODOC Legal Manager,

        Defendants.

## JUDGMENT

This action is DISMISSED with prejudice.

DATED this 6th day of March, 2024.

                                   s/ Michael J. McShane
                                   MICHAEL J. MCSHANE
                                   United States District Judge